UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY KENNEY,

        Plaintiff,

v.

SHAREHOLDER MR. JASON BATES,
WELLS FARGO BANK, SWIFT TRANS, INC.,
and CROSS, GUNTER & WITHERSPOON,
GOLENUS LAWYERS,

        Defendants.

Civil No. 12-1279 (SRN/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 21, 2012         s/Susan Richard Nelson
                                       SUSAN RICHARD NELSON
                                       United States District Judge